UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WILLIAMS,<br>Plaintiff,<br>v.<br>EDWARD BORLA,<br>Defendant. | Case No. 24-cv-02878-PCP<br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br>Dkt. No. 25 |

On July 6, 2026, the Court dismissed the second amended petition because it failed to state a cognizable claim for relief. Dkt. No. 27. The Court granted partial leave to amend. *See id*. The amended petition was due August 10, 2026, *see id*., but has not been filed, *see generally*, Dkt.

Because Petitioner failed to amend despite opportunity and a warning of the consequences, this action is **DISMISSED** without prejudice. *See Harris v. Mangum*, 863 F.3d 1133, 1141–42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend).

If Petitioner believes he can state a cognizable claim, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60. To do this, he must file an amended petition in accordance with the Court's previous order **and** a motion with the words MOTION TO REOPEN written on the first page.

**IT IS SO ORDERED.**

Dated: November 9, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California